IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JON VERBA** and **CHRISTINE VERBA**, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **METROPOLITAN LIFE INSURANCE** ) <br> **COMPANY**, ) <br> ) <br> Defendant. ) | 2:17cv769 <br> **Electronic Filing** |

# ORDER OF COURT

AND NOW, this 22nd day of August 2018, upon consideration of the Cross Motions for Summary Judgment filed on behalf of the parties, the responses thereto, and the briefs filed in support thereof, pursuant to the Memorandum Opinion filed herewith,

IT IS HEREBY ORDERED that the motion for summary judgment filed on behalf of Metropolitan Life Insurance Company (**Document No. 19**) is **GRANTED** and the motion for summary judgment filed on behalf of Jon Verba and Christine Verba (**Document No. 24**) is **DENIED**. Final judgment pursuant to Rule 58 is hereby entered in favor of Defendant, Metropolitan Life Insurance Company and against Plaintiffs, Jon Verba and Christine Verba. The Clerk shall mark this case closed.

s/ DAVID STEWART CERCONE
David Stewart Cercone
United States District Judge

cc:   John David Newborg, Esquire
      James L. Griffith, Esquire

      (*Via CM/ECF Electronic Mail*)