IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JON VERBA and CHRISTINE VERBA,

    Plaintiffs,

v.        C.A. NO. 17-769

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant,

## NOTICE OF APPEAL

Notice is hereby given that plaintiff in the above named case hereby appeals to the United States Court of Appeals for the 3rd Circuit from the order granting Defendants' Motion for Summary Judgment entered in this action on August 22, 2018.

Date: September 19, 2018        Respectfully submitted,

        By:    s/John Newborg
               John Newborg, Esq.
               Pa. I.D. No. 22276
               225 Ross Street, 4th Floor
               Pittsburgh, PA 15219
               (412) 281-1106
               newborglaw@gmail.com