# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 18-3093

Jon Verba, et al v. Metropolitan Life Insurance

(Originating Court No. 2-17-cv-00769)

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Date: November 13, 2018

cc: James L. Griffith Jr. Esq.
John D. Newborg Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate